IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| Michael Miller | Civ. No.: 1:24-CV-00014 |
|---|---|
| Petitioner, | |
| v. | |
| COUNTY OF LANCASTER, et. al., | (Judge Jennifer P Wilson) |
| Respondents. | (Magistrate Judge Martin C. Carlson) |

## NOTICE OF APPEAL

Notice is hereby given that Michael Miller, Petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the order of the United States District Court for the Middle District of Pennsylvania entered on September 30, 2024, which dismissed Plaintiff's complaint.

Respectfully Submitted:

*/s/ Michael Miller*
Michael Miller
108 N. Reading Road, Ste F, 246
Ephrata, Pennsylvania
(717) 388-0163
reaganfive@protonmail.com

Date: October 15, 2024

1

## CERTIFICATE OF SERVICE

    I hereby certify that I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

| | |
|---|---|
| Yarish, Mary Katherine<br>15th Floor, Strawberry Square<br>Attorney ID #328843<br>Harrisburg, PA 17120<br>Phone: (717) 783-6315<br>myarish@attorneygeneral.gov | Sarah Hyser-Staub<br>Lauren Anthony<br>McNees, Wallace, and Nurick LLC<br>100 Pine Street<br>Harrisburg, PA 17101<br>717-237-5473<br>sstaub@mcneeslaw.com |

Respectfully Submitted,

/s/*Michael Miller*
Michael Miller
108 N. Reading Rd., Ste F, 246
Ephrata, Pennsylvania
717-388-0163
reaganfive@protonmail.com

Dated: October 15, 2024