OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**


UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 29, 2024

Michael Miller
108 N Reading Road
Suite F, 246
Ephrata, PA 17522

Lauren Anthony, Esq.
McNees Wallace & Nurick
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17101

Sarah A. Hyser-Staub, Esq.
McNees Wallace & Nurick
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17101

Michael J. Scarinci, Esq.
Office of Attorney General of Pennsylvania
Strawberry Square 15th Floor
Harrisburg, PA 17120

Mary Katherine M. Yarish, Esq.
Office of Attorney General of Pennsylvania
Civil Division, Litigation Section
Strawberry Square
Harrisburg, PA 17120

RE: Michael Miller v. County of Lancaster, et al
Case Number: 24-2934
District Court Case Number: 1-24-cv-00014

To all Parties:

This appeal has been listed for possible summary action by a panel of this Court, pursuant to Chapter 10.6 of the Internal Operating Procedures of the United States Court of Appeals for the Third Circuit. See also Third Circuit Local Appellate Rule 27.4. Chapter 10.6 provides that the Court sua sponte (by its own action) may take summary action on an appeal if it appears that no substantial question is presented or that subsequent precedent or a change in circumstances warrants such action. Specifically, the Court may affirm, reverse, vacate, modify, or remand the judgment or order appealed.

The parties may submit written argument in support of or in opposition to such action. Any response must be received in the Clerk's Office within twenty-one (21) days from the date of this letter. Please submit to the Clerk an original copy of any response, and a certificate of service indicating that all parties have been served with a copy of the response.

Issuance of the briefing schedule will be stayed pending action by the Court. All other filing requirements must be completed (e.g., payment of fees, entry of appearance, corporate disclosure statement, civil appeal information. Appellant's motion to expedite and Appellees' responses will be submitted to the same motions panel of this Court that considers possible summary action.

All parties will be advised of any Order(s) issued in this matter.


Very truly yours,


s/ Patricia S. Dodszuweit
Clerk

By: *Nicole*
Nicole, Administrative Assistant