IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Appellant,<br><br>v.<br><br><br><br>COUNTY OF LANCASTER, ET. AL.,<br>Appellee. | Civ. No: 24-2934 |

# APPELLANT'S MOTION FOR JUDICIAL INTERVENTION TO REVOKE CLERK'S UNAUTHORIZED DIRECTIVE (DOC 11-1) AND TO REINSTATE TRANSPARENT BRIEFING PROCEDURE

Appellant, Michael Miller, respectfully moves this Court for judicial intervention to revoke the clerk's unauthorized stay of the briefing schedule and unilateral listing for summary action, and to reestablish a transparent, procedurally valid briefing process.

---

**I. INTRODUCTION**

Appellant brings this motion to challenge the clerk's sua sponte action on October 30, 2024 (Doc 11-1) in staying the briefing schedule and listing this case for summary action, actions which impact Appellant's right to a fair and transparent appellate process. This motion seeks a procedural correction specific to Appellant's due process rights; therefore, concurrence from opposing parties has not been sought. Nonetheless, all parties have been served with this motion in accordance with procedural requirements.

1

**II. STATEMENT OF RELIEF SOUGHT**

Appellant requests that the Court:

1. Issue a judicial order revoking the clerk's stay of the briefing schedule and unilateral listing for summary action;

2. Reinstate Appellant's motion to expedite the briefing schedule;

3. Clarify the limits of clerical authority under FRAP 27 and Local Rule 27 to prevent future procedural overreach; and

4. Ensure that all future procedural actions in this matter requiring judicial authority are properly documented to uphold transparency and procedural integrity.

**III. GROUNDS FOR RELIEF**

1. **Unauthorized Assumption of Judicial Authority**: The clerk's actions exceed the permissible scope of clerical authority under FRAP 27 and Local Rule 27, which restrict clerical tasks to non-dispositive, administrative matters. Summary actions and briefing schedules are substantive procedural decisions that require judicial oversight, as outlined in Appellant's supporting brief.

2. **Violation of Appellant's Due Process Rights**: Procedural fairness and transparency are fundamental protections that should be maintained throughout appellate proceedings. By unilaterally staying the briefing schedule without judicial order, the clerk has prevented Appellant from participating meaningfully in the appellate process, infringing upon Appellant's due process rights and compromising a fair opportunity to present arguments in a

timely and transparent manner.

3. **Necessity of Judicial Order for Procedural Integrity**: To ensure adherence to FRAP and Local Rules, a documented judicial order is essential for all substantive procedural actions. This requirement upholds procedural integrity, preventing unauthorized clerical interference and ensuring a fair and accountable appellate process, as described in the supporting brief.

---

## IV. WHEREFORE

WHEREFORE, Appellant moves this Court:

1. Revoke the clerk's stay of the briefing schedule and unilateral listing for summary action;
2. Reinstate Appellant's motion to expedite the briefing schedule;
3. Clarify the limits of clerical authority under FRAP 27 and Local Rule 27 to prevent any further procedural overreach; and
4. Ensure that all future substantive procedural actions in this matter are properly documented through judicial order, thereby preserving transparency and procedural integrity.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Appellant,<br><br>v.<br><br><br><br>COUNTY OF LANCASTER, ET. AL.,<br>Appellee. | Civ. No: 24-2934 |

**PROPOSED ORDER**

---

Upon consideration of Appellant's Motion for Judicial Intervention, it is hereby ORDERED that:

1. The clerk's directive staying the briefing schedule and listing this case for summary action is hereby REVOKED.

2. Appellant's motion to expedite the briefing schedule is REINSTATED and will be considered by the Court.

3. The authority of the clerk is limited as per FRAP 27 and Local Rule 27 to non-dispositive, administrative actions, and all substantive procedural actions must be accompanied by a judicial order.

4. The Court directs that all future actions affecting the progression of this appeal be documented in compliance with established judicial norms and procedural integrity.
   SO ORDERED.
   Dated: [Date]

By the Court:

[Judge's Name]

[Judge's Title]

                                                            Respectfully Submitted:

                                                            */s/ Michael Miller*

                                                                  Michael Miller

                          108 North Reading Road, Suite F, 246

                                                 Ephrata, Pennsylvania

                                                          (717) 388-0163

Date: October 31, 2024                                         reaganfive@protonmail.com

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

| | |
|---|---|
| Michael Scarinci<br>Appellate Litigation Section<br>Pa. Office of Attorney General<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120<br>(717) 857-2184<br>mscarinci@attorneygeneral.gov | Sarah Hyser-Staub<br>PA I.D. No. 315989<br>100 Pine Street<br>Harrisburg, PA 17101<br>717-237-5473<br>sstaub@mcneeslaw.com |

Respectfully Submitted,

/s/*Michael Miller*
Michael Miller
108 North Reading Road., Ste F, 246
Ephrata PA 17522
717-388-0163

Dated: October 31, 2024  reaganfive@protonmail.com