# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Appellant,<br><br>v.<br><br>COUNTY OF LANCASTER, ET. AL.,<br>Appellees. | Civ. No: 24-2934 |

## STATUS INQUIRY, OBJECTION, AND REQUEST FOR COURT-BORNE COSTS REGARDING PENDING MOTIONS

**To the Court:**

Appellant, Michael Miller, respectfully submits this inquiry regarding the status of the following pending motions in the above-captioned appeal, and states:

1. **Motion to Expedite Briefing Schedule and Disposition**: Filed on October 19, 2024, this motion requests an expedited briefing schedule due to substantial overlap with related litigation, aiming to prevent undue prejudice and ensure judicial economy. To date, Appellant has received no response or indication of the Court's decision.

2. **Motion for Direct Judicial Review of Clerk's Directive**: Filed on October

1

31, 2024, this motion challenges the clerk's unilateral action in staying the briefing schedule and listing the appeal for possible summary disposition under Local Rule 27. Appellant respectfully requests that this motion be reviewed by a judicial panel to address procedural overreach and reestablish a fair and transparent briefing process.

In addition, pursuant to Federal Rule of Civil Procedure 1, Appellant registers a formal objection to the delay in addressing these motions. FRCP 1 mandates that the rules "be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." The extended lack of action on these motions conflicts with the rule's directive for fairness and efficiency, particularly in cases with significant due process implications.

Further, Appellant notes the duress experienced due to the clerk's coercive and prejudicial directive staying the briefing schedule and unilaterally listing this appeal for possible summary action without judicial authorization, especially after paying a $600 filing fee to the Court for this appeal. This directive effectively deprived Appellant of the procedural protections necessary for a fair appellate process, compounding the burden of procedural delays and uncertainty.

Given the procedural urgency and the undue burdens imposed, Appellant respectfully requests an update on the status of these motions. Additionally,

Appellant requests an award of costs, to be borne by the Court, for the time and resources expended in addressing these compounded procedural issues and delays. These costs include, but are not limited to, the efforts involved in preparing multiple follow-up motions and this inquiry. Such a request is justified by the prejudice and costs resulting directly from the lack of timely judicial response. Timely resolution of these matters is essential to prevent further delay and ensure Appellant's right to a fair and transparent appellate process.

    Thank you for your attention to this matter. Please advise on any additional information or steps required to facilitate the Court's review of these pending motions.

Respectfully submitted,<br>
<u>/s/ Michael Miller</u><br>
Michael Miller<br>
108 North Reading Road, Suite F, 246<br>
Ephrata, Pennsylvania<br>
(717) 388-0163<br>
reaganfive@protonmail.com

November 14, 2024

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by e-service a true and correct copy of the foregoing document to the following:

Michael Scarinci
Appellate Litigation Section
Pa. Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 857-2184
mscarinci@attorneygeneral.gov

Sarah Hyser-Staub
PA I.D. No. 315989
100 Pine Street
Harrisburg, PA 17101
717-237-5473
sstaub@mcneeslaw.com

Respectfully Submitted,

/s/*Michael Miller*
Michael Miller
108 North Reading Road., Ste F, 246
Ephrata PA 17522
717-388-0163
reaganfive@protonmail.com

Dated: November 14, 2024