# UNITED STATES COURT *of* APPEALS *for the* THIRD CIRCUIT / REQUIREMENTS for BRIEFS

| CONTENT of BRIEFS | FORM of BRIEFS | ADDITIONAL INFORMATION |
|---|---|---|
| **CORPORATE DISCLOSURE STATEMENT**<br>See F.R.A.P. 26.1(b)<br>**TABLES**<br>1. Table of Contents<br>2. Table of Citations (See 3rd Cir. L.A.R. 28.3)<br><br>**STATEMENTS & SUMMARIES**<br>1. *Subject Matter & Appellate Jurisdiction<br>2. *Issues<br>3. *Related Cases and Proceedings<br>4. *Concise Statement of the Case setting out the following:<br>  a. Relevant facts<br>  b. Procedural history<br>  c. Rulings presented for review<br>5. Summary of Argument<br>*Optional in Appellee/Respondent brief unless dissatisfied with statements of Appellant/Petitioner<br>**ARGUMENT**<br>1. Argument with each issue prefaced by its Standard or Scope of Review (See 3rd Cir. L.A.R. 28.1(b))<br>2. Conclusion<br>3. Signatures of Counsel of Record. **An attorney from each listed office must file an Entry of Appearance.**<br><br>**COMBINED CERTIFICATIONS**<br>1. Bar Membership<br>2. Word Count<br>3. Service if required by F.R.A.P. 25(d)<br>4. Identical Compliance of Briefs<br>5. Virus check<br>**ATTACHMENTS to BRIEFS**<br>1. Volume I of Appendix to Appellant/ Petitioner Brief to include:<br>  a. Notice of Appeal or Petition for Review<br>  b. Order being appealed<br>  c. Opinion under review<br>  d. Order granting Certificate of Appealability where applicable<br>2. Statutes, Rules, Regulations or Unpublished Opinions if not readily available | **COVER**<br>1. Color of Front & Back Covers – **NLRB cases should follow 1st, 2nd and 4th Steps.**<br>  a. Appellant/Petitioner or 1st Step – Blue<br>  b. Appellee/Respondent or 2nd Step – Red<br>  c. 3rd Step – Yellow (Cross-Appeals)<br>  d. Appellant/Petitioner Reply or 4th Step – Gray<br>  e. Amicus/Intervenor – Green<br>  f. Supplemental – Tan<br>2. Content of Front Cover<br>  a. Name of Court<br>  b. Appellate Docket Number(s)<br>  c. Official Court Caption<br>  d. Nature of Proceeding<br>  e. Title of Document<br>  f. Name(s) & Address(es) of Counsel of Record.<br><br>**BODY/TEXT of BRIEF**<br>1. 8 ½ " x 11" opaque paper with clear black image with 1" margins<br>2. Double spaced text (quotations over 2 lines may be indented and single spaced; headings and footnotes may be single spaced)<br>3. Only one side of the paper may be used. (See F.R.A.P. 32(a)(1)(A))<br>4. †Length: **a.** Principal & Intervenor briefs – 30 pages / 13,000 words / 1,300 *lines, **b.** Reply & Amicus briefs – 15 pages / 6,500 words / 650 *lines, **c.** 2nd Step Cross-Appeal Brief – 35 pages / 15,300 words / 1,500 *lines<br>5. Font: **a.** Proportional (14 pt. with serifs), **b.** Monospaced (10 ½ cpi)<br><br>† A certification of word or line count must be included. Tables, certifications and addenda do not count toward the word or line limitation.<br><br>*Monospaced text<br><br>**BINDING**<br>Firmly bound at the left margin. Metal fasteners must be covered. Velo or spiral binding acceptable. | **ELECTRONIC BRIEFS**<br>1. The brief must be in a PDF text format. (**See 3rd Cir. L.A.R. 113.3(b)**).<br>2. The brief must contain an electronic signature or **s/ first name last name**.<br>3. Seven (7) identical hard copies of the brief must be delivered to the Clerk's Office within 5 days of the electronic filing. See Order. **N.B. Only one (1) hard copy is required for Redacted briefs. Hard copies of Proof briefs are NOT required.**<br>4. A Notice of Docketing Activity (NDA) will be issued upon the filing of the electronic brief and the receipt of the hard copies.<br><br>**TIME TO FILE & SERVE**<br>- Civil/Agency Case – See F.R.A.P. 31(a)<br>- Civil/Agency Cross-Appeal – See F.R.A.P. 28.1(f)<br>- Direct Criminal Cases – deadlines set by Briefing and Scheduling Order<br><br>For verbal extensions of time, please call 215-597-2995 and select option 3 for Case Management.<br><br>Federal Rules of Appellate Procedure and Local Appellate Rules are accessible under Rules & Procedures via the Third Circuit website.<br><br>**Rules regarding redaction:**<br>Fed. R. App. P. 25(a)(5)<br>Fed. R. Civ. P. 5.2<br>Fed. R. Crim. P. 49.1<br>Fed. R. Bankr. P. 9037 |