IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| MICHAEL MILLER, | : | No. 24-2934 |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF LANCASTER, *et al.*, | : | |
| Appellees. | : | |

## APPELLEE'S MOTION FOR CLARIFICATION
## OR, ALTERNATIVELY, FOR AN EXTENSION

Pursuant to Federal Rules of Civil Procedure 26(b) and Local Appellate Rule 31.4, Appellee the County of Lancaster ("County"), files the within Motion for Clarification or, Alternatively, for an Extension of the deadline for the County's brief. In support of this Motion, the County states the following:

1. *Pro se* Appellant Michael Miller ("Miller") initiated this action by filing a Notice of Appeal on October 17, 2024.

2. On October 29, 2024, the Clerk of this Court *sua sponte* listed this appeal for possible summary action pursuant to L.A.R. 27.4. (Doc. 11-1).

3. According to the notice, the briefing schedule in this matter was stayed pending action by the Court. (*Id.*).

1

4. Nevertheless,[1] on November 18, 2024, Miller filed a document that purports to be his appellate brief (Doc. 18), which fails to comply with either the Third Circuit Local Rules or the Federal Rules of Appellate Procedure.

5. In light of the directive staying the briefing in this matter, the County understood that it was not obligated to file a responsive brief.

6. However, today, December 18, 2024, the Clerk directed Miller to perfect the filing of his brief by submitting hard copies of the same by December 23, 2024.

7. Accordingly, the County is now seeking clarification and confirmation that it is not presently obligated to respond to Miller's brief because it i) is contrary to the Clerk's directive listing this matter for summary disposition and staying the briefing deadlines; and ii) fails to comply with the rules concerning the content and format of appellate briefs.

8. Alternatively, to the extent the Court directs the parties to resume a briefing schedule, the County seeks a 30-day extension of time in which to submit its brief, calculated from the date such order may issue.

---

[1] Miller has repeatedly objected to the Clerk's actions and filed several motions seeking to revoke the Clerk's directive, and even to impose sanctions against the Clerk. (Docs. 13, 15).

9. Good cause exists for this extension considering the previous order staying the briefing schedule and the resulting confusion created by Miller's reufsal to comply with that order.

                        Respectfully submitted,

                        McNEES WALLACE & NURICK LLC

                        By: *Sarah H Staub*
                        Sarah Hyser-Staub
                        Lauren Anthony
                        100 Pine Street
                        P.O. Box 1166
                        Harrisburg, PA 17108-1166
                        (717) 237-5473
                        sstaub@mcneeslaw.com
                        lanthony@mcneeslaw.com

Dated: December 18, 2024       *Counsel for Appellee County of Lancaster*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 365 words, according to the Word Count feature of Microsoft Word.

*Sarah H Staub*

Sarah Hyser-Staub

# CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024, I electronically filed the foregoing with the U.S. Court of Appeals using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Sarah Hyser-Staub

*Counsel for Appellee County of Lancaster*

Date: December 18, 2024