UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


**C.A. No. 24-2934**


Miller v. County of Lancaster, et al.
(M.D. Pa. Civ. No. 24-cv-00014)


To:     Clerk


1)      Motion by Appellee County of Lancaster for Extension of Time to File
        Response to Appellant's Brief

---

No action will be taken regarding the foregoing request as the briefing schedule has not issued in this case.  As Appellant was advised on October 29, 2024, the briefing schedule will not issue until the Court determines whether summary action is appropriate.

We note that Appellant has filed a brief even though the appeal is presently listed for possible summary action.  Because the briefing schedule has not issued, responsive briefs are not due at this time.


For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   December 27, 2024

mw/cc:  Michael Miller
        Lauren Anthony, Esq.
        Sarah A. Hyser-Staub, Esq.
        Michael J. Scarinci, Esq.
        Mary Katherine M. Yarish, Esq.