IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Appellant,<br><br>v.<br><br><br>COUNTY OF LANCASTER, ET. AL.,<br>Appellees. | Civ. No: 24-2934 |

**APPELLANT'S MOTION IN SUPPORT OF MOTION FOR PANEL REVIEW: SANCTIONS, CORRECTIVE RELIEF, AND SUPERVISORY REVIEW**

Appellant Michael Miller, proceeding pro se, respectfully moves this Court for panel review of this motion seeking sanctions, corrective relief, and supervisory review. The motion is directed against Defendants-Appellees County of Lancaster, its counsel Sarah Hyser-Staub and McNees Wallace and Nurick, LLC; the Office of Open Records (OOR), its attorneys Mary Katherine Yarish and Michael Scarinci of the Pennsylvania Attorney General's Office; and the appellate clerk.

This motion raises significant issues of systemic procedural abuse and judicial integrity, warranting review and adjudication by a panel of the Third Circuit pursuant to Federal Rule of Appellate Procedure 27 and controlling

1

precedent, including *Chambers v. NASCO, Inc.*, 501 U.S. 32 (1991), and *Bill Johnson's Restaurants, Inc. v. NLRB*, 461 U.S. 731 (1983).

---

**RELIEF REQUESTED**

Appellant respectfully requests that a panel of this Court grant the following relief:

1. **Impose Compensatory Sanctions**

   Award compensatory sanctions to address Appellant's litigation costs, lost income, and personal harm caused by Appellees' procedural misconduct and systemic abuse.

2. **Impose Punitive Sanctions**

   Permit discovery of Appellees' financial standing to determine an appropriate punitive sanctions amount, ensuring proportionality and effective deterrence.

3. **Grant Corrective Relief**

   - Vacate improper orders (Docs. 55, 64) and restore Appellant's appellate rights.
   - Remand Appellant's claims for adjudication with proper judicial oversight.

4. **Conduct Supervisory Review**

   Refer the appellate clerk's procedural misconduct to the Third Circuit

Judicial Council for investigation into unilateral listing decisions and irregular directives.

5. **Conduct Judicial Fact-Finding**

   Direct a transparent inquiry into procedural breakdowns and the coordinated actions of Appellees, publishing findings to restore public confidence and ensure accountability.

---

**GROUNDS FOR PANEL REVIEW**

This motion addresses critical issues that impact judicial integrity, public trust, and constitutional rights:

- **Systemic Procedural Obfuscation**: Appellees transformed Appellant's legitimate constitutional claims into sham litigation, resulting in 95 filings over 12 months without a single substantive ruling on the merits.

- **Coordinated Procedural Misconduct**: Appellees suppressed Appellant's claims through retaliatory and obstructive procedural actions, chilling constitutional advocacy and undermining judicial fairness.

- **Judicial Integrity and Access to Justice**: Panel review is essential to ensure the uniform application of legal standards, safeguard access to justice for pro se litigants, and address systemic failures in the handling of Appellant's claims.

As demonstrated in the accompanying brief, Appellees' coordinated misconduct caused substantial harm to Appellant and eroded public confidence in the judiciary. Judicial intervention by a panel of this Court is imperative to redress harm, deter future misconduct, and uphold constitutional protections.

## CERTIFICATION OF SERVICE

I certify that this motion has been served on all parties electronically through the Court's CM/ECF system.

## CERTIFICATION OF COMPLIANCE

Pursuant to FRAP 32(g), I certify that this motion complies with the word count limitation and is formatted in accordance with FRAP 27(d).

## VERIFICATION

I, Michael Miller, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the facts stated in this motion are true and correct to the best of my knowledge, information, and belief.

Executed on January 20, 2025.

*/s/ Michael Miller*

Michael Miller

Respectfully submitted,
*/s/ Michael Miller*
Michael Miller
108 North Reading Road, Ste F, 246
Ephrata, Pennsylvania 17522
reaganfive@protonmail.com
(717) 388-0163
Date: January 20, 2025

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Appellant,<br><br>v.<br><br><br>COUNTY OF LANCASTER, ET. AL.,<br><br>Appellees. | Civ. No: 24-2934 |

**[PROPOSED] ORDER GRANTING APPELLANT'S MOTION FOR PANEL REVIEW: SANCTIONS, CORRECTIVE RELIEF, AND SUPERVISORY REVIEW**

Upon consideration of Appellant's Motion for Panel Review of Sanctions, Corrective Relief, and Supervisory Review, it is hereby:

1. **ORDERED** that compensatory sanctions are awarded to Appellant, including:

    o Litigation costs and fees incurred due to Appellees' procedural misconduct.

    o Compensation for emotional distress and reputational harm.

2. **FURTHER ORDERED** that punitive sanctions will be determined following discovery into Appellees' financial standing to ensure proportionality and deterrence.

3. **FURTHER ORDERED** that corrective relief is granted, including:

    - Vacatur of improper orders (Docs. 55, 64).
    - Restoration of Appellant's appellate rights.
    - Remand for adjudication with judicial oversight.

4. **FURTHER ORDERED** that supervisory review is initiated into the appellate clerk's procedural misconduct, with findings to be published to ensure accountability.

5. **FURTHER ORDERED** that the Court conducts judicial fact-finding into procedural failures and implements safeguards to protect pro se litigants.

SO ORDERED, this [Day] of [Month], 2025.

[_____]

United States Circuit Judge