IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| MICHAEL MILLER, | : | No. 24-2934 |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF LANCASTER, *et al.*, | : | |
| Appellees. | : | |

**APPELLEE'S RESPONSE TO "MOTION IN SUPPORT OF MOTION FOR PANEL REVIEW: SANCTIONS, CORRECTIVE RELIEF, AND SUPERVISORY REVIEW"**

Appellee County of Lancaster ("the County"), by and through its undersigned counsel, submits the following response to *pro se* Appellant Michael Miller ("Miller")'s "Motion in Support of Motion for Panel Review: Sanctions, Corrective Relief, and Supervisory Review" (Doc. No. 30).

In the interest of concision, the County files this brief response to note its opposition to Miller's Motion. The instant Motion is duplicative of Miller's various other filings in which he has raised unfounded grievances regarding the proceedings in the District Court below and the procedure for resolving the present appeal before this Court. Further, the Motion lacks merit with respect to its request for the imposition of sanctions because the County's submissions in these proceedings and conduct of its counsel—both before this Court and before the District Court—have been entirely proper and are not sanctionable.

1

Accordingly, the County respectfully requests that the Court deny the Motion and continue with its adjudication of this appeal in the course it deems appropriate.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

By: *Sarah H Staub*
Sarah Hyser-Staub
Lauren Anthony
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
(717) 237-5473
sstaub@mcneeslaw.com
lanthony@mcneeslaw.com

*Counsel for Appellee County of Lancaster*

Date: January 24, 2025

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this Response complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 182 words, according to the Word Count feature of Microsoft Word.

                                                   */s/ Sarah H. Staub*
                                                   Sarah Hyser-Staub

                                                 *Counsel for Appellee County of Lancaster*

Date: January 24, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all parties through the Court's Electronic Case Filing System, and on Appellant by electronic mail at the following address:

Michael Miller
108 North Reading Road, Suite F, 246
Ephrata, Pennsylvania
reaganfive@protonmail.com

*Sarah Hyser-Staub*

Sarah Hyser-Staub

*Counsel for Appellee County of Lancaster*

Date: January 24, 2025