

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

David W. Sunday, Jr.
ATTORNEY GENERAL

February 10, 2025

Appellate Litigation Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 857-2184 (w)
mscarinci@attorneygeneral.gov

*VIA CM/ECF – Electronic Filing*

United States Court of Appeals for the Third Circuit
Clerk of the Court
Patricia S. Dodszuweit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re: *Miller v. County of Lancaster, et al.*, 3d Cir. No. 24-2934

Dear Ms. Dodszuweit,

On January 20, 2025, the *pro se* Appellant filed a motion for sanctions against undersigned counsel. There was no basis for such a motion as all undersigned counsel had done during the appeal process was enter his appearance, oppose Appellant's motion to expedite the appeal, and file a response to this Court's letter of October 29, 2025, listing his appeal for summary action.

Yesterday, Appellant filed yet another document on the docket, requesting that the Court deem his motion for sanctions as unopposed. To be clear, undersigned counsel opposes sanctions. Undersigned counsel did not file opposition to Appellant's motion for sanctions because it was frivolous on its face and, as such, did not warrant a response.[1]

---

[1] That motion also sought to sanction this Court's clerk.

Appellant also seeks to sanction Deputy Attorney General Yarish. DAG Yarish, however, was the attorney handling this matter before the district court. She is not assigned to this appeal, and she has not filed anything on this docket.

Respectfully,

/s/ *Michael J. Scarinci*
Michael J. Scarinci
Senior Deputy Attorney General

**CERTIFICATE OF SERVICE**

I, Michael J. Scarinci, Senior Deputy Attorney General, do hereby certify that I have this day served the foregoing Response by CM/ECF on all registered users.

                                        */s/ Michael J. Scarinci*
                                        MICHAEL J. SCARINCI
                                        Senior Deputy Attorney General

Date: February 10, 2025