IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br><br>Appellant,<br><br>v.<br><br><br><br>COUNTY OF LANCASTER, ET. AL.,<br><br>Appellees. | Civ. No: 24-2934 |

# **APPELLANT'S MOTION TO STRIKE DOC. 35 AS AN UNTIMELY AND IMPROPER FILING**

Appellant respectfully moves this Court to strike the OOR's response (Doc. 35) to Appellant's Motion for Sanctions (Doc. 30) on the following grounds:

### **1. The Response Was Filed Late in Violation of Applicable Rules**

- Under Fed. R. App. P. 27(a)(3)(A), a party opposing a motion must file a response within 10 days of service unless the Court specifies otherwise.

- Under 3rd Cir. L.A.R. 27.1(b), a party must respond within 14 days to any non-expedited motion.

- The OOR did not file any response within the required timeframe, nor did it seek leave of court to file out of time.

1

- *United States v. Brace*, 1 F.4th 137 (3d Cir. 2021) (*Failure to timely respond results in forfeiture*).

## 2. The Filing Violates Fed. R. App. P. 27(b) & 3rd Cir. L.A.R. 27.3 By Not Being a Proper Motion or Opposition

- Fed. R. App. P. 27(b) mandates that all responses be filed as formal motions or opposition documents, not informal letters.

- 3rd Cir. L.A.R. 27.3 states that in the absence of a timely response, the court may treat a motion as uncontested.

- *Stackhouse v. Mazurkiewicz*, 951 F.2d 29, 30 (3d Cir. 1991) (*Failure to oppose a motion may be deemed a concession*).

## 3. Clerks Do Not Have Judicial Authority Under 28 U.S.C. § 751 & 3rd Cir. L.A.R. 27.6

- 28 U.S.C. § 751 establishes that clerks serve ministerial functions and have no adjudicative authority.

- 3rd Cir. L.A.R. 27.6 explicitly states that clerks may only dispose of ministerial motions related to procedural, calendar, or printing matters—not contested matters like OOR's response.

- The court remains in violation of 3rd Cir. L.A.R. 27.6 since November 2024 by permitting the clerk to handle a substantive opposition filing without judicial review.

- By docketing and accepting OOR's untimely response (Doc. 35) without judicial approval, the clerk has exercised authority reserved for a judge.

- *Tumey v. Ohio*, 273 U.S. 510 (1927) (*Judicial power cannot be delegated to non-judicial officers*).

## RELIEF REQUESTED

For the foregoing reasons, Appellant respectfully requests that this Court:

1. Strike OOR's response (Doc. 35) from the record as an untimely and improper filing.

2. Issue any further relief this Court deems appropriate to prevent procedural evasion.

## CERTIFICATION OF SERVICE

I certify that this motion has been served on all parties electronically through the Court's CM/ECF system.

Respectfully submitted,
*/s/ Michael Miller*
Michael Miller
108 North Reading Road, Ste F, 246
Ephrata, Pennsylvania 17522
reaganfive@protonmail.com
(717) 388-0163
Date: February 10, 2025

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Appellant,<br><br>v.<br><br><br>COUNTY OF LANCASTER, ET. AL.,<br><br>Appellees. | Civ. No: 24-2934 |

**ORDER GRANTING APPELLANT'S MOTION FOR PANEL REVIEW: SANCTIONS, CORRECTIVE RELIEF, AND SUPERVISORY REVIEW**

AND NOW, upon consideration of Appellant's Motion to Strike Doc. 35 as an Untimely and Improper Filing, and in light of:

- Fed. R. App. P. 27(a)(3)(A) and 3rd Cir. L.A.R. 27.1(b), which require a party to file a response within 10 or 14 days, respectively,

- Fed. R. App. P. 27(b) and 3rd Cir. L.A.R. 27.3, which require that all responses be filed as formal motions or opposition documents and that an unopposed motion may be deemed uncontested,

- 28 U.S.C. § 751 and 3rd Cir. L.A.R. 27.6, which restrict the clerk's authority to purely ministerial matters and prohibit handling contested filings without judicial review,

5

- *United States v. Brace*, 1 F.4th 137 (3d Cir. 2021), which establishes that failure to timely respond results in forfeiture, and

- *Stackhouse v. Mazurkiewicz*, 951 F.2d 29, 30 (3d Cir. 1991), which holds that failure to oppose a motion may be deemed a concession,

IT IS HEREBY ORDERED THAT:

1. OOR's response (Doc. 35) is STRICKEN from the record as untimely and procedurally improper.

2. Any further procedural irregularities concerning contested filings shall be handled in accordance with Fed. R. App. P. 27 and 3rd Cir. L.A.R. 27.6.

SO ORDERED.

Dated: _____, **2025**

**By the Court:**