IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Appellant,<br><br>v.<br><br><br>COUNTY OF LANCASTER, ET. AL.,<br>Appellees. | Civ. No: 24-2934 |

## APPELLANT'S MOTION FOR SUMMARY DISPOSITION

Pursuant to Third Circuit L.A.R. 27.4 and Fed. R. App. P. 27, Appellant Michael Miller respectfully moves for summary reversal of the district court's rulings (Docs. 59, 64) and immediate remand for adjudication of his federal constitutional claims.

**RELIEF REQUESTED**

Appellant requests that this Court:

1. Summarily reverse the district court's abstention ruling (Docs. 59, 64).

2. Summarily reverse the district court's orders denying de novo review (Docs. 55, 64).

3. Remand the case for adjudication of Appellant's federal constitutional claims.

4. Grant any other relief necessary to ensure prompt resolution of this matter.

Alternatively, if the Court declines summary disposition, Appellant requests that this motion be treated as a motion to expedite appeal under Third Circuit L.A.R. 4.1, given the ongoing irreparable First Amendment injury Appellant has alleged.

**GROUNDS FOR RELIEF**

1. The district court unlawfully abstained from exercising jurisdiction over Appellant's federal constitutional claims, in direct violation of *Zwickler v. Koota, 389 U.S. 241 (1967)*, which mandates that federal courts hear constitutional challenges and prohibits abstention based solely on the availability of a state forum.

2. The district judge refused to conduct mandatory de novo review of Appellant's written objections to the magistrate judge's rulings, in violation of Federal Rule of Civil Procedure 72(b)(3) and binding Third Circuit precedent. *Henderson v. Carlson, 812 F.2d 874 (3d Cir. 1987)* requires district courts to conduct de novo review of objected portions of a magistrate's ruling; failure to do so mandates reversal.

3. The procedural errors are clear and dispositive and require no further factual development, making this case appropriate for summary disposition under Third Circuit L.A.R. 27.4.

4. The emergent nature of this case requires immediate action.

    - Under *Elrod v. Burns, 427 U.S. 347 (1976)*, the loss of First Amendment freedoms, even for minimal periods of time, constitutes irreparable injury.

    - Further delay in adjudicating Appellant's claims exacerbates constitutional harm and denies Appellant the right to a federal forum for his claims, as required under *Zwickler*.

**RULE 27 COMPLIANCE & CLERK'S PROCEDURAL OVERREACH**

This motion is fully compliant with FRAP 27 and L.A.R. 27.4, and is distinct from the Clerk's unauthorized listing for summary action.

*Appellant's Motion for Summary Disposition is properly before the Court under FRAP 27 and L.A.R. 27.4. However, this motion is distinct from the Clerk's improper and unauthorized summary action process, which remains subject to Appellant's pending challenge (Doc. 15). This Court must rectify these procedural violations alongside ruling on this motion.*

**CONCURRENCE**

Pursuant to Third Circuit L.A.R. 27.1, Appellant sought concurrence from Appellees. Appellees do not concur.

---

**CONCLUSION**

For the foregoing reasons, Appellant respectfully requests that this Court grant this Motion for Summary Disposition and provide the requested relief.

Respectfully submitted,
*/s/ Michael Miller*
Michael Miller
108 North Reading Road, Ste F, 246
Ephrata, Pennsylvania 17522
reaganfive@protonmail.com
(717) 388-0163
Date: March 7, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

Michael Scarinci
Appellate Litigation Section
Pa. Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 857-2184
mscarinci@attorneygeneral.gov

Sarah Hyser-Staub
PA I.D. No. 315989
100 Pine Street
Harrisburg, PA 17101
717-237-5473
sstaub@mcneeslaw.com

Respectfully Submitted,

/s/*Michael Miller*
Michael Miller
108 North Reading Road., Ste F, 246
Ephrata PA 17522
717-388-0163
reaganfive@protonmail.com

Dated: March 7, 2025

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Appellant,<br><br>v.<br><br><br>COUNTY OF LANCASTER, ET. AL.,<br>Appellees. | Civ. No: 24-2934 |

**[PROPOSED] ORDER GRANTING APPELLANT'S MOTION FOR SUMMARY DISPOSITION**

Upon consideration of Appellant Michael Miller's Motion for Summary Disposition, and after reviewing the arguments presented, it is hereby ORDERED that:

1. The district court's abstention ruling (Docs. 59, 64) is REVERSED as a violation of binding Supreme Court precedent under *Zwickler v. Koota, 389 U.S. 241 (1967)*.

2. The district court's orders denying de novo review (Docs. 55, 64) are VACATED as a violation of Federal Rule of Civil Procedure 72(b)(3) and binding Third Circuit precedent in Henderson v. Carlson, 812 F.2d 874 (1987).

3. The case is REMANDED to the district court for adjudication on the merits of Appellant's federal constitutional claims.

4. Given the emergent nature of this case involving First Amendment claims, the district court shall conduct proceedings expeditiously, in accordance with the Supreme Court's ruling in *Elrod v. Burns, 427 U.S. 347 (1976)*, which holds that the loss of First Amendment freedoms, even for minimal periods of time, constitutes irreparable harm.

5. Any further stay, delay, or procedural obstruction inconsistent with this Order shall require prior approval from this Court to ensure compliance with due process.

It is so ORDERED.