IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Appellant,<br><br>v.<br><br><br>COUNTY OF LANCASTER, ET. AL.,<br>Appellees. | Civ. No: 24-2934 |

## **NOTICE OF CONGRESSIONAL INQUIRY INTO COURT INACTION**

Appellant Michael Miller hereby submits this Notice of Congressional Inquiry to formally inform this Court that the United States House Judiciary Committee has been notified of the Third Circuit's prolonged inaction, neglect of ministerial duties, and misconduct in this case. Specifically:

1. Appellant filed a Notice of Appeal on October 15, 2024 (Doc. 65), properly divesting the District Court of jurisdiction.

2. For nearly six months, the Third Circuit has failed to act on emergency motions and a petition for a writ of mandamus, despite the urgency of the matter. This delay follows nine months of procedural obstruction in the District Court.

3. The District Court has continued issuing orders (Docs. 69 & 70) despite lacking jurisdiction, violating fundamental due process and appellate procedure.

4. Given the Third Circuit's failure to act, Appellant has formally reported this matter to the House Judiciary Committee for investigation into potential judicial misconduct and systemic delays within this Circuit.

**IMMEDIATE RELIEF REQUESTED**

In light of this development, Appellant respectfully requests:

1. Immediate assignment of a judge to this appeal.

2. An expedited ruling on all pending motions.

3. A clear status update on the Court's intended timeline for adjudicating this appeal.

Failure to act in a timely manner may further escalate oversight proceedings, as judicial inaction that obstructs due process is a matter of national concern.

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

Michael Scarinci
Appellate Litigation Section
Pa. Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 857-2184
mscarinci@attorneygeneral.gov

Sarah Hyser-Staub
PA I.D. No. 315989
100 Pine Street
Harrisburg, PA 17101
717-237-5473
sstaub@mcneeslaw.com

Respectfully Submitted,

/s/*Michael Miller*
Michael Miller
108 North Reading Road., Ste F, 246
Ephrata PA 17522
717-388-0163
reaganfive@protonmail.com

Dated: March 7, 2025