IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Appellant,<br><br>v.<br><br><br><br>COUNTY OF LANCASTER, ET. AL.,<br>Appellees. | Civ. No: 24-2934<br><br>(DC case: 1-24-CV-00014) |

## **<u>NOTICE REGARDING UNRESOLVED MOTIONS AND PRESERVATION OF OBJECTION</u>**

Plaintiff–Appellant Michael Miller respectfully notifies the Court that the following motions remain pending and unresolved more than thirty (30) days after filing:

- Appellant's Emergency Motion for Supervisory Relief (ECF Nos. 39–40, filed March 8, 2025);

- Appellant's Supplemental Motion to Strike Magistrate Judge Carlson's Sanctions Discussion (ECF No. 42);

- Appellant's Motion to Disqualify Magistrate Judge Carlson for Bias and Lack of Impartiality (ECF No. 43).

1

To date, no judicial panel has been assigned in this appeal, and the docket reflects no ruling, acknowledgment, or scheduling of these motions. Each filing raises live jurisdictional and structural objections—including violations of the divestiture rule, issuance of an unconstitutional advisory opinion, and disqualifying judicial bias under 28 U.S.C. § 455—that remain unresolved.

Appellant expressly reserves all rights and objections asserted in any filing submitted in this appeal. Appellant categorically does not waive any motion, objection, or claim due to the Court's inaction, delay, or failure to rule. No silence, lapse of time, or absence of docket activity shall be construed as abandonment, concession, or acquiescence. These issues remain fully preserved and are not subject to waiver by implication or omission.

The nature of the pending motions implicates not only procedural fairness, but also the structural integrity of judicial proceedings. Appellant respectfully submits that further delay or silent disposition would compound the appearance of partiality already challenged under 28 U.S.C. § 455, and may give rise to further appealable error. To avoid unnecessary escalation and ensure compliance with the Court's supervisory responsibilities under FRAP 2 and I.O.P. 10.6, Appellant urges timely judicial attention to these matters.

Appellant respectfully requests that this notice be docketed and transmitted to any motions panel or judicial officer assigned to this matter.

Respectfully submitted,
*/s/ Michael Miller*
Michael Miller
108 North Reading Road., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
April 14, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this day I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

Michael Scarinci
Appellate Litigation Section
Pa. Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 857-2184
mscarinci@attorneygeneral.gov

Sarah Hyser-Staub
PA I.D. No. 315989
100 Pine Street
Harrisburg, PA 17101
717-237-5473
sstaub@mcneeslaw.com

Date: April 14, 2025

Respectfully Submitted,
/s/*Michael Miller*
Michael Miller
108 North Reading Road., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com