CLD-163

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-2934
_____

MICHAEL MILLER,
                        Appellant

v.

COUNTY OF LANCASTER, Political Subdivision;
OFFICE OF OPEN RECORDS, State Agency
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 1:24-cv-00014)
District Judge: Honorable Jennifer P. Wilson
_____

Submitted for Possible Summary Action, and on Appellant's Motion to
Summarily Reverse, Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
June 12, 2025

Before: KRAUSE, PHIPPS, and SCIRICA, Circuit Judges
_____

**JUDGMENT**
_____

      This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted for possible summary action, and on Appellant's motion to summarily reverse, pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on June 12, 2025. On consideration whereof, it is now hereby

      ORDERED and ADJUDGED by this Court that the judgment of the District Court entered September 30, 2024, be and the same hereby is affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: July 28, 2025