IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

MICHAEL MILLER
Appellant,

v.

 COUNTY OF LANCASTER, et, al.,
Appellees.

Civ. No: 24-2934

(DC case: 1-24-CV-00014)

## MOTION TO DISPOSE PENDING PETITION BY DATE CERTAIN

## INTRODUCTION

Appellant Michael Miller respectfully moves, pursuant to Fed. R. App. P. 40, for the panel to dispose of his pending petition for panel rehearing and rehearing en banc (ECF No. 61) by September 16, 2025. Delay deprives Appellant of a final judgment and obstructs access to higher review.

## BACKGROUND

1. On July 28, 2025, the panel entered judgment affirming dismissal (ECF Nos. 59, 60).

2. On July 29, Appellant filed a Petition for Panel Rehearing and Rehearing En Banc (ECF No. 61).

3. FRAP 40 contemplates that rehearing petitions will be resolved promptly, yet the Court's continuing delay prejudices Appellant's rights.

## GROUNDS

1. **Structural prejudice:** The Court's silence and continuing evasion at the fiat direction of its officers transforms Rule 40's optional rehearing — which FRAP directs should be resolved promptly — into an indefinite barrier to higher review.

2. **Additional time is not required:** The Third Circuit has had the items in ECF No. 61 before it for nearly a year. They require no substantial time or resources to lawfully dispose of, or to decide not to.

## RELIEF REQUESTED

WHEREFORE, Appellant respectfully requests that the Court:

1. Rule on ECF No. 61 by September 16, 2025; and

2. Grant such other relief as the Court may deem just and proper.

## PRESERVATION OF RIGHTS

This motion does not withdraw or waive any other pending motions. All remain fully preserved.

Respectfully submitted,
*/s/ Michael Miller*
MICHAEL MILLER
108 North Reading Road., Ste F, 246
Ephrata, Pennsylvania 17522
(717) 388-0163
reaganfive@protonmail.com
August 26, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that this day I caused to be served by e-filing a true and correct

copy of the foregoing document to the following:

Michael Scarinci                          Sarah Hyser-Staub
Appellate Litigation Section              PA I.D. No. 315989
Pa. Office of Attorney General            100 Pine Street
15th Floor, Strawberry Square             Harrisburg, PA 17101
Harrisburg, PA 17120                      717-237-5473
(717) 857-2184                            sstaub@mcneeslaw.com
mscarinci@attorneygeneral.gov

Date: August 26, 2025

Respectfully Submitted,
/s/*Michael Miller*
MICHAEL MILLER
108 North Reading Road., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com