IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Appellant,<br><br>v.<br><br><br><br>COUNTY OF LANCASTER, ET. AL.,<br>Appellees. | Civ. No: 24-2934<br><br>(DC case: 1-24-CV-00014) |

## NOTICE OF MAILING AND SERVICE OF RULE 22 APPLICATION

Pursuant to Federal Rule of Appellate Procedure 25(d) and Third Circuit Local Appellate Rule 113.4, Appellant respectfully notifies the Court that on October 8, 2025, he mailed to the Supreme Court of the United States a Rule 22 and Rule 23 *Application for Stay and Certiorari Before Judgment* in connection with this appeal (*see Exhibit A*) and served copies of that application and supporting Appendix on all counsel of record by electronic mail.

This Notice is filed to ensure a complete record of service and to document that the Rule 22 Application remains pending before Justice Samuel A. Alito, Jr., the Circuit Justice for the Third Circuit. On October 14, 2025, Appellant received correspondence from the Supreme Court Clerk's Office stating that Robert Meek, an administrative assistant acting on behalf of the Clerk, had declined to transmit the Application to the Justice on asserted jurisdictional grounds under 28 U.S.C. §

1

2101(f) (*see Exhibit B*). That administrative action mirrors the clerk-issued procedures already at issue in this appeal and is placed on record to preserve continuity of the procedural history.

On October 17, 2025, Appellant mailed and served an Application to Direct Transmission of Rule 22 *Application to the Circuit Justice and to Review Administrative Impartiality* (*see Exhibit C*), seeking supervisory relief from the Clerk's non-transmission.

No judicial action has occurred in this appeal since the challenged docket entries of July 28, 2025 (ECF 59–60), despite ten additional filings by Appellant raising substantive matters.

**Attachments:**

*Exhibit A* – Rule 22 Application (Oct. 8 2025)

*Exhibit B* – Supreme Court Clerk's Letter (Oct. 14 2025)

*Exhibit C* – Application to Direct Transmission (Oct. 17 2025)

Respectfully submitted,
*/s/ Michael Miller*
MICHAEL MILLER
108 North Reading Road., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
October 18, 2025

2

## CERTIFICATE OF SERVICE

I hereby certify that this day I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

| | |
|---|---|
| Michael Scarinci / <br> Mary Katherine Yarish <br> Appellate Litigation Section <br> Pa. Office of Attorney General <br> 15th Floor, Strawberry Square <br> Harrisburg, PA 17120 <br> (717) 857-2184 <br> mscarinci@attorneygeneral.gov | Sarah Hyser-Staub <br> PA I.D. No. 315989 <br> 100 Pine Street <br> Harrisburg, PA 17101 <br> 717-237-5473 <br> sstaub@mcneeslaw.com |

*/s/ Michael Miller*
MICHAEL MILLER
108 North Reading Road., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
October 18, 2025
