IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Appellant,<br><br>v.<br><br><br><br>COUNTY OF LANCASTER, ET. AL.,<br>Appellees. | Civ. No: 24-2934<br><br>(DC case: 1-24-CV-00014) |

## NOTICE OF SUPREME COURT ACTION UNDER 28 U.S.C. § 1651

NOTICE IS HEREBY GIVEN that on November 3, 2025, the undersigned Appellant, Michael Miller, proceeding pro se, filed a Motion to the Circuit Justice under 28 U.S.C. § 1651(a) with the Supreme Court of the United States, c/o Scott S. Harris, Clerk, One First Street NE, Washington, D.C. 20543. This motion seeks an order from Circuit Justice Samuel A. Alito, Jr., directing the Supreme Court Clerk to transmit Appellant's pending Rule 22 Application for Stay and Certiorari Before Judgment, previously mailed on October 8, 2025, and noticed to this Court on October 18, 2025 (Doc. 71), to the Justice for consideration.

This filing is submitted pursuant to Federal Rule of Appellate Procedure 25(d) and Third Circuit Local Appellate Rule 113.4 to ensure a complete record of notification to this Court regarding the Supreme Court action. The motion and its

1

accompanying Notice of Deprivation of Rights with verified appendix (Exhibits A through E-3) are enclosed for docketing as part of the record in Case No. 24-2934.

This notice serves to document the ongoing escalation due to the panel's silence on pro se Appellant's long-outstanding motions.

**Attachments:**

*Exhibit A* – Motion to the Circuit Justice under 28 U.S.C. § 1651(a)

<div style="text-align:right">

Respectfully submitted,
*/s/ Michael Miller*
MICHAEL MILLER
108 North Reading Road., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
November 5, 2025

</div>

## CERTIFICATE OF SERVICE

I hereby certify that this day I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

<div style="display: flex; justify-content: space-between;">

Michael Scarinci /
Mary Katherine Yarish
Appellate Litigation Section
Pa. Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 857-2184
mscarinci@attorneygeneral.gov

Sarah Hyser-Staub
PA I.D. No. 315989
100 Pine Street
Harrisburg, PA 17101
717-237-5473
sstaub@mcneeslaw.com

</div>

*/s/ Michael Miller*
MICHAEL MILLER
108 North Reading Road., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
November 5, 2025