IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| MICHAEL MILLER<br>Appellant,<br><br>v.<br><br><br>COUNTY OF LANCASTER, ET. AL.,<br>Appellees. | Civ. No: 24-2934<br><br>(DC case: 1-24-CV-00014) |

### APPELLANT'S AFFIDAVIT IN SUPPORT OF AMENDED MOTION FOR RECUSAL OF PANEL PURSUANT TO 28 U.S.C. § 455(a)

I, Michael Miller, being duly sworn, depose and state as follows:

1. **Personal Knowledge**: I am the Appellant in the above-captioned matters, proceeding pro se, and have personal knowledge of the facts herein based on my involvement in this case and review of the court record.

2. **Basis for Affidavit**: This affidavit is submitted pursuant to 28 U.S.C. § 455(a) to support an amended Motion for Recusal of the current purported panel—Circuit Judges Cheryl Ann Krause, Paul B. Phipps, and Anthony J. Scirica—due to circumstances where their impartiality might reasonably be questioned. This recusal is necessary to break a closed loop of self-insulated court officers that denies me due process and access to an Article III tribunal, as evidenced by their actions, omissions, and systemic evasion.

1

3. **Statement of Circumstances Suggesting Bias:** I allege that an objective, informed observer would reasonably question the panel's impartiality, based on the following specific acts and omissions that perpetuate this unconstitutional loop:

*a. Reliance on Unauthorized Clerk Action*

On October 29, 2024, the Clerk, Patricia S. Dodszuweit, through her administrative assistant Nicole, issued a Summary Action Letter (ECF No. 11-1) under Dodszuweit's typed signature. On September 24, 2025, in response to my Motion to Compel (Doc. 70), the case manager/clerk (James King) admitted Dodszuweit's non-involvement, rendering the filing of the document ultra vires. The panel affirmed the district court's judgments (Docs. 59, 60-1) on July 28, 2025, without briefing or a hearing, relying on this unauthorized filing, suggesting complicity in a fraudulent process that insulates their acts and omissions from review.

*b. Failure to Conduct Procedural Review and Prolonged Inaction*

The panel's summary affirmance (Docs. 59, 60-1) ignored my pending objections and violated 28 U.S.C. § 636(b)(1)(C)'s de novo review requirement, consistent with the district court's objectionable use of the magistrate judge. This refusal, coupled with no hearing, and their silence on my Motion for Recusal (Doc. 62, filed 07/29/2025), silence on my Motion to

Vacate for Fraud (Doc. 65, filed 08/25/2025), silence on my NOTICE OF APPLICATIONS (Doc. 71, filed 10/18/2025), and silence on my Motion to Circuit Justice (filed 11/03/2025 under 28 U.S.C. § 1651) demonstrate a deliberate strategy to deny me access to an Article III tribunal.

### c. Personal Interest in Fraud Allegations and Self-Insulation

My Motion to Vacate (Doc. 65) alleges fraud on the court, accusing the panel of intentional misconduct in relying on Doc. 11-1. Their failure to refer this motion to another panel or the Judicial Council, despite being accused, and their silence amidst my Supreme Court escalation (Docs. 71, § 1651 motion), suggest a personal stake in maintaining a self-insulating loop, violating due process (*Tumey v. Ohio*, 273 U.S. 510, 1927).

### d. Defective Signatures and Administrative Misconduct

My Motion to Compel (Doc. 69, 09/22/2025) and Motion to Vacate (Doc. 67, 09/19/2025) reveal that Magistrate Judge Martin C. Carlson's Reports (Docs. 37, 59) bear ultra vires signature attestations, potentially unauthorized, and the panel's judgments (Docs. 59, 60-1) may share this defect. The panel's inaction, while accused, and the Clerk's refusal to transmit my Rule 22 Application (Doc. 71), reasonably reflect an effort to insulate the process from Article III scrutiny.

### e. Pattern of Evasion, Retaliatory Silence, and Judicial Council Ban

3

The seven-stage pattern of evasion—district court abuse, appellate summary action, delayed rehearing, Judicial Council ban (filing ban on Miller's ability to seek Judicial Council review, 06/27/2025), Rule 18 rejection, jurisdictional denial, and signature/clerk issues—culminates in the panel's prolonged and retaliatory silence. This ban, enforced by the Judicial Council, further entrenches the closed loop, denying me recourse and reinforcing doubts about the panel's impartiality.

**4. Impact on Impartiality:** An objective observer, aware of these facts, would reasonably conclude that the panel is part of a self-insulating system that denies due process and Article III access. Their prior ruling (Docs. 59, 60-1), reliance on a discredited document (Doc. 11-1), and failure to act on my motions (Docs. 62, 65, 71, § 1651) indicate a concerted effort to uphold their decision and shield themselves from scrutiny, constituting a total denial of constitutional rights.

**5. Request for Relief:** I request that this affidavit be immediately considered by the panel and, given their conflict, referred to another panel or the Judicial Council for determination, as required by 28 U.S.C. § 455(a). I further request that the current panel be recused from all further proceedings, including disposition of my Motion to Vacate (Doc. 65), Rule 40 Petition (Doc. 61), and

Motion to Circuit Justice (filed 11/03/2025), to break this closed loop and restore my access to an impartial Article III tribunal.

**6. Certification:** I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief, pursuant to 28 U.S.C. § 1746.

*/s/ Michael Miller*
Michael Miller
November 6, 2025

<div style="text-align:right">

Respectfully submitted,
*/s/ Michael Miller*
MICHAEL MILLER
108 North Reading Road., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
November 6, 2025

</div>

## CERTIFICATE OF SERVICE

I hereby certify that this day I caused to be served by e-filing a true and correct copy of the foregoing document to the following:

<div style="display: flex;">

Michael Scarinci /
Mary Katherine Yarish
Appellate Litigation Section
Pa. Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 857-2184
mscarinci@attorneygeneral.gov

Sarah Hyser-Staub
PA I.D. No. 315989
100 Pine Street
Harrisburg, PA 17101
717-237-5473
sstaub@mcneeslaw.com

</div>

*/s/ Michael Miller*
MICHAEL MILLER
108 North Reading Road., Ste F, 246
Ephrata, Pennsylvania 17522
717-388-0163
reaganfive@protonmail.com
November 6, 2025