IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

MICHAEL MILLER,                          :          No. 24-2934
     Appellant,                         :
                                         :
v.                                       :
                                         :
COUNTY OF LANCASTER, *et al.*,           :
     Appellees.                         :

## **WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Lauren Anthony, Esquire of McNees

Wallace & Nurick LLC as counsel for appellee County of Lancaster in the above-

captioned matter. Appellee will continue to be represented by Sarah Hyser-Staub,

Esquire and McNees Wallace & Nurick LLC.

        Respectfully submitted,

        McNEES WALLACE & NURICK LLC

        By: _____
           Sarah Hyser-Staub
           Lauren Anthony
           100 Pine Street
           P.O. Box 1166
           Harrisburg, PA  17108-1166
           (717) 237-5473
           sstaub@mcneeslaw.com
           lanthony@mcneeslaw.com

        *Counsel for Appellee County of Lancaster*

Date: March 30, 2026

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing document was served on all parties through the Court's Electronic Case Filing System.

_____
Lauren Anthony

*Counsel for Appellee County of Lancaster*

Date: March 30, 2026