UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2934

MICHAEL MILLER

v.

COUNTY OF LANCASTER, Political Subdivision;
OFFICE OF OPEN RECORDS, State Agency

(U.S. District Court M. D. Pa. 1:24-cv-00014)

PRESENT:   KRAUSE, PHIPPS, and SCIRICA, *Circuit Judges*

1. Appellant's Petition for Rehearing before Original Panel and Court En Banc (#61)

2. Appellant's Motion for Reassignment or Recusal of Panel (#62)

3. Appellant's Motion to Vacate Judgments as Void for Fraud on the Court with Memorandum (#65)

4. Appellant's Motion to Dispose Pending Petition by Date Certain (#66)

5. Appellant's Motion to Vacate and Purge Void District Court Orders Entered without Valid Judicial Signature (#67)

6. Appellant's Motion to Vacate Fraudulent Judgment and Purge Void Entries (ECF 59, 60-1, 60-2 (#68)

7. Appellant's Motion to Compel or Require Production and Authentication of any Judicial Council Recall Orders and Related Records Purporting to Authorize Retired Magistrate Judge Martin C. Carlson to Serve in the U.S. District Court for the Middle District of Pennsylvania (#69)

8. Appellant's Motion to Vacate Panel Judgment as Void for Reliance on Fradulently Attributed Clerk Filing (ECF No. 11-1) (#70)

9. Appellant's Affidavit in Support of Amended Motion for Recusal of Panel Pursuant to 28 U.S.C. § 455(a) (#73)

10. Notice from Appellant Documenting Exhaustion by Non-Adjudication (#74)

11. Appellant's Motion to Take Judicial Notice of Supervening State-Court Disposition, to Recall the Mandate, and Vacate the July 28, 2025 Memorandum and Judgment Based on Material Factual Premise Concerning "Parallel State Proceedings" with Remand for Article III De Novo Determination (28 U.S.C. §636(b)(1)(C); Fed. R. Civ. P. 72(b)(3) (#75)

## ORDER

Appellant's requests that Judges Krause, Phipps, and Scirica recuse in this matter including consideration of the petition for rehearing before the original panel and the Court en banc are denied.

A party may only seek rehearing of a decision of the Court through a compliant petition for rehearing. Fed. R. App. P. 40. Appellant's petition for rehearing and rehearing en banc will be submitted to the Court for disposition. Subsequent to filing his petition for rehearing, Appellant filed multiple documents seeking to overturn this Court's July 28, 2025 opinion and judgment. No action will be taken on these multiple requests as a petition for rehearing is the proper document seeking to overturn a prior Court decision. As Appellant's petition for rehearing will be presented to the Court, no action will be taken on Appellant's subsequent filings seeking to review the Court's prior opinion. Appellant's remaining motions are denied.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Date: April 24, 2026
JK/cc: Michael Miller
       All Counsel of Record