UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-2934

_____

MICHAEL MILLER,
                         Appellant

v.

COUNTY OF LANCASTER, Political Subdivision;
OFFICE OF OPEN RECORDS, State Agency

_____

(D.C. Civ. No. 1:24-cv-00014)

_____

SUR PETITION FOR REHEARING

_____

Present: CHAGARES, <u>Chief</u> <u>Judge</u>, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, MASCOTT, and SCIRICA*, <u>Circuit</u> <u>Judges</u>

The petition for rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the

_____

*As to panel rehearing only.

circuit in regular service not having voted for rehearing, the petition for rehearing by the

panel and the Court en banc, is denied.

BY THE COURT,

s/Anthony J. Scirica
Circuit Judge

Date: May 18, 2026
Tmm/cc: Michael Miller
          Sarah A. Hyser-Staub, Esq.
          Michael J. Scarinci, Esq.