CLD-163

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-2934

_____

MICHAEL MILLER,
                                                    Appellant

v.

COUNTY OF LANCASTER, Political Subdivision;
OFFICE OF OPEN RECORDS, State Agency

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 1:24-cv-00014)
District Judge:  Honorable Jennifer P. Wilson

_____

Submitted for Possible Summary Action, and on Appellant's Motion to
Summarily Reverse, Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
June 12, 2025

Before:  KRAUSE, PHIPPS, and SCIRICA, Circuit Judges

_____

**JUDGMENT**

_____

This cause came to be considered on the record from the United States District
Court for the Middle District of Pennsylvania and was submitted for possible summary
action, and on Appellant's motion to summarily reverse, pursuant to Third Circuit LAR
27.4 and I.O.P. 10.6 on June 12, 2025.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court
entered September 30, 2024, be and the same hereby is affirmed.  All of the above in
accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED:  July 28, 2025

Certified as a true copy and issued in lieu
of a formal mandate on    05/26/2026

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit